UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MARCO V. DIMIERI,

    Plaintiff,

v.                                               Case No:  2:14-cv-176-FtM-38DNF

MEDICIS PHARMACEUTICALS CORPORATION,

    Defendant.
_____/

## ORDER

The Court held a preliminary pretrial conference hearing on June 23, 2014.  At the hearing, Counsel indicated that an Agreed Confidentiality and Protective Order was filed as an attachment to the Case Management Report (Doc. #13) filed on May 19, 2014.  The Court finds it appropriate for the Agreed Confidentiality and Protective Order to be filed as a separate docket entry.

Accordingly, it is now

**ORDERED:**

The Clerk is directed to file the Agreed Confidentiality and Protective Order (Doc #13-1) as a separate docket entry.

**DONE** and **ORDERED** in Fort Myers, Florida this 25th day of June, 2014.

*/s/ Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record